Motion GRANTED.

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-CR-00090-15 |
| | ) | JUDGE TRAUGER |
| DARNELL FINNELS | ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

**COMES** now the Defendant, Darnell Finnels, by and through counsel David M. Hopkins, and respectfully moves this Honorable Court to set a change of plea hearing for the Defendant. As grounds for this Motion, the Defendant would state that he intends to enter a plea of guilty in this matter.

Respectfully submitted this 12th day of December, 2016.

/s/ *David M. Hopkins*
David M. Hopkins (TN BPR #020134)
Attorney for Defendant
745 S Church Street, Suite 303
Murfreesboro, TN 37130
615-852-8228
attydavidhopkins@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, I electronically filed the foregoing *Motion to Set Change of Plea Hearing* with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Van Vincent, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.

/s/ *David M. Hopkins*
David M. Hopkins

1